IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
         Respondent,        )
                            )
    v.                      )   No.  10 C 4511
                            )       (06 CR 174-3)
ERNEST MYERS #18545-424,    )
                            )
         Movant.            )

## MEMORANDUM ORDER

This Court's October 14, 2010 memorandum order ("Order") was the most recent of this Court's efforts to cabin the pro se filings tendered by Ernest Myers ("Myers") in his attempt to enlarge the scope of his 28 U.S.C. §2255 ("Section 2255") motion challenging his conviction and sentence.  As the Order stated, Myers' then-tendered request for more time to file his reply was "<u>not</u> granted, as Myers would have it, 'to obtain newly-discovered evidence in order to support allegations of perjury.'"

This Court has since been delivered another self-prepared filing by Myers captioned "Motion for Document[s]" that was received in the Clerk's Office on October 19.  But because that filing reflects what appears to be a preparation notation of "10/13/2010 12:39.36 PM," it appears that Myers had prepared that document before he had copy of the Order.  Accordingly the "Motion for Document[s]" is denied, and Myers will not be viewed

as having acted in contravention of the Order.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  October 26, 2010