```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
          Respondent,            )
                                 )
     v.                          )    No. 10 C 4511
                                 )    (06 CR 174-3)
ERNEST MYERS #18545-424,         )
                                 )
          Movant.                )
```

<u>MEMORANDUM ORDER</u>

This Court has received from the Clerk's Office a photocopy of a "Dear Judge Shadur" letter written by pro se 28 U.S.C. §2255 ("Section 2255") movant Ernest Myers ("Myers"). There is no indication in the document that Myers complied with his obligation to send copies of his communication to all relevant parties, rather than making an ex parte submission to this Court. But this Court trusts that the Clerk's Office treatment of the letter as a filed document (Dkt. No. 25) has caused all counsel to be apprised of the submission through electronic filing.

Myers' letter begins this way:

> I have been notified that the witness Will Pruitte is being pressured and intimidated by the government through his defense counsel Rose Lindsay. She has told Mr. Pruitte that you Judge Shadur is mad with him for presenting the truth. She also told him that he will be charged with perjury unless he changes his story. The Governments motion for extension is being used to once again coerce a government witness to attempt to suppress the truth.

It is of course not true that I am "mad with him [Will Pruitte] for presenting the truth," if that is indeed what he is doing.

And it should be added that nothing in Federal Defender Panel Attorney Rose Lindsay Guimaraes' many appearances before this Court over the years has suggested that she engages in conduct of the type ascribed to her by Myers' first sentence, although this Court will of course maintain an open mind on the subject during any evidentiary hearing that may be required.

Meanwhile the point made at the beginning of this memorandum must be heeded by Myers. For the present, though, because any ex parte nature of the letter has been eliminated by its being docketed by the Clerk's Office, it will not be ordered stricken from the file.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 4, 2011